UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA RAMIREZ,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. CV F 10-0799 LJO JLT<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiff's counsel filed a notice of settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than August 24, 2010, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

This Court VACATES all court dates and pending matters, including the August 25, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:   July 7, 2010**                        /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE